## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01695-ZLW-KMT

UNITED STATES OF AMERICA,

      Petitioner,

v.

DIONICIO LOPEZ PONCE,

      Respondent.

---

## FINAL ENFORCEMENT ORDER

---

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

1.    On April 3, 2008, the Internal Revenue Service ("IRS") issued a summons to Dionicio Lopez Ponce (hereafter "Respondent").

2.    The IRS summons was issued to Respondent for a legitimate purpose — to obtain information concerning the determination of the federal income tax liability for the years ending December 31, 2003, and December 31, 2004.

3.    The above-listed tax periods were specified in the IRS summons served on Respondent.

4.    The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

5.      The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6.      As indicated in the Declaration of Service (Doc. 5), Respondent was served on October 16, 2008 with a copy of a Minute Order issued by the Court on September 12, 2008 stating the rescheduled Order to Show Cause Hearing date and a copy of the Petition.

7.      As of this date, Respondent has failed to comply with the IRS summons.

8.      Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 56 Inverness Drive East, Englewood, Colorado 80112 before Revenue Officer Janice Peterson, telephone number (720) 956-4333 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than ___Nov 25___, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons. Failure to comply with this order may result in Respondent being found in contempt of court in which case he may be fined or imprisoned.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this 28 day of October, 2008.

BY THE COURT:

ZITA L. WEINSHIENK
UNITED STATES DISTRICT JUDGE